ROBERT P. HENK    (147490)
SHERI L. LEONARD (173544)
HENKLEONARD
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:                (916) 787-4530

Attorneys for Plaintiff
JIM LOCKHART


DAVID F. FAUSTMAN (081862)
CRISTINA K. ARMSTRONG (246156)
TYREEN G. TORNER  (249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Telephone:    415.364.5540
Facsimile:     415.391.4436
Email:            dfaustman@foxrothschild.com
                     carmstrong@foxrothschild.com
                     ttorner@foxrothschild.com

Attorneys for Defendant
INTERMETRO INDUSTRIES CORPORATION

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM LOCKHART,<br><br>     Plaintiff,<br><br>     vs.<br><br>INTERMETRO INDUSTRIES CORPORATION and DOES 1 through 5, inclusive,<br><br>     Defendant. | CASE NO.:  13 CV 01548 WBS EFB<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), each party to bear their own fees and costs.

IT IS SO STIPULATED:

Dated:  August 13, 2014        HENKLEONARD
                               *A Professional Law Corporation*

                               /s/SHERI L. LEONARD
                               SHERI L. LEONARD
                               Attorney for Plaintiff
                               JIM LOCKHART

Dated:  August 22, 2014        FOX ROTHSCHILD LLP

                                /s/David Faustman
                               DAVID F. FAUSTMAN
                               CRISTINA K. ARMSTRONG
                               Attorneys for Defendant
                               INTERMETRO INDUSTRIES
                               CORPORATION

IT IS SO ORDERED.

Dated:  August 25, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE